**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1419**

AJ, A minor child by his father Joel D.
Joseph; JOEL D. JOSEPH,

                              Plaintiffs - Appellants,

       versus

MICHAEL W. SKOJEC; GALLAGHER, EVELIUS & JONES,
LLP; BOZZUTO MANAGEMENT COMPANY; HOUSING
OPPORTUNITIES COMMISSION OF MONTGOMERY COUNTY,
MARYLAND,

                              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Andre M. Davis, District Judge.
(CA-04-4069-1-AMD)

Submitted: December 12, 2005       Decided: January 5, 2006

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joel D. Joseph, Bethesda, Maryland, for Appellants.   Peter E.
Keith, Brian T. Tucker, GALLAGHER EVELIUS & JONES, LLP, Baltimore,
Maryland; George M. Church, MILES & STOCKBRIDGE, PC, Baltimore,
Maryland; Charles W. Thompson, Jr., County Attorney, Joann
Robertson, Chief, Division of Litigation, Karen L. Federman Henry,
Principal Counsel for Appeals, Patricia P. Via, Associate County
Attorney, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders granting Defendants' motion to dismiss Appellants' 42 U.S.C. § 1983 (2000) action, and awarding attorneys fees to Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>AJ v. Skojec</u>, No. CA-04-4069-1-AMD (D. Md. Feb. 22 & Apr. 22, 2005). We deny Appellants' motion for an injunction as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>